UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JON R. DEUTSCH | § § | |
| | § | CIVIL ACTION NO. 1:16-CV-361-RP |
| **Plaintiff** | § § | |
| VS. | § § | |
| AMERICANA BUILDING, L.P. | § § | |
| **Defendant** | § § | |

### AGREED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT WITH PREJUDICE

Plaintiff, Jon R. Deutsch, ("**Plaintiff**"), and Defendant, AMERICANA BUILDING, L.P., ("**Defendant**") file this Agreed Motion to Dismiss Plaintiff's Claims Against Defendant with Prejudice, and would respectfully show unto the Court as follows:

1. Plaintiff and Defendant have resolved the issues underlying the instant case.

2. Additionally, these parties move this Court to enter an Order discharging Defendant from any further liability to Plaintiff arising out of this proceeding.

3. The parties agree to the form of the attached Order and respectfully ask that it be signed by the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that this Court enter an agreed Order dismissing all of Plaintiff's claims against Defendant with prejudice, and that all costs of Court be taxed against the party incurring same.

Dated: JUNE 21, 2016                                    Respectfully submitted,

THE ROSALES LAW FIRM, LLC

By: /s/ *Omar W. Rosales*
Omar W. Rosales

Federal I.D. No. 690657
State Bar No. 24053450
The Rosales Law Firm, LLC
PO Box 6429
Austin, Texas 78762-6429
E-mail: omar@owrosales.com
Tel: (512) 520-4919
Fax: (512) 309-5360

**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF CONFERENCE

I, Omar W. Rosales, hereby certify that on JUNE 21, 2016, I conferred with Counsel for Defendant on this matter, and the Defendant is AGREED to this Motion.

/s/ Omar W. Rosales

Omar W. Rosales

CERTIFICATE OF SERVICE

I, Omar W. Rosales, hereby certify that on JUNE 21, 2016 an electronic copy of this filing was served upon all counsel of record via the TXW/USDC Electronic Case Filing System. I also certify that an additional electronic copy was sent to defense counsel via email.

/s/ Omar W. Rosales

Omar W. Rosales