IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JON R. DEUTSCH, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:16-CV-361-RP |
| AMERICANA BUILDING, L.P., | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause of action. On this day, the Court issued an order granting the parties' Agreed Motion to Dismiss Plaintiff's Claims Against Defendant with Prejudice. Having done so, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by Plaintiff Jon R. Deutsch in this action are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED.**

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

**SIGNED** on June 22, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE